# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL LABERTEW and SANDRA LABERTEW,<br><br>Plaintiffs,<br><br>v.<br><br>C&R FINANCIAL, INC., et al.,<br><br>Defendants. | CASE NO: 07-CV-2092 W (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 34]** |

Pending before the Court is the parties' joint motion to dismiss this lawsuit with prejudice, including the complaint, cross-claims, and counter-claims. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the motion. (Doc. No. 34.)

**IT IS SO ORDERED.**

DATED: December 16, 2008

_____
Hon. Thomas J. Whelan
United States District Judge